# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GARY JOSEPH CONTI, <br><br> Defendant. | Case No. CR-16-18-GF-BMM <br><br> **ORDER** |

**IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, October 31, 2016 is **VACATED and RESET** for **Wednesday, October 26, 2016 at 10:00 a.m.**

DATED this 20th day of October, 2016.

Brian Morris
United States District Court Judge

1